DAVID L. SKELTON, TRUSTEE #96250
REBECCA E. PENNINGTON #174488
RICHARD L. STEVENSON #239705
OFFICE OF THE CHAPTER 13 TRUSTEE
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101
PHONE (619) 338-4006 FAX (619) 239-5242

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 WEST F STREET, SAN DIEGO CA 92101-6991

In Re:

ERIC A. WRAY
WENDY A. WRAY

Debtors.

Case No. 12-09216-LA13

Hearing Date: December 19, 2012
Time: 10:00 AM
Dept: 2

## TRUSTEE'S STATEMENT OF CASE STATUS

Pending resolution of the following issues, objections remain:

**1. Trustee has reviewed Debtor's Declarations, amended schedules and updated income information;**

**2. Plan length estimated at 45 months with 60 month ACP;**

**3. Debtor's own amended B22 requires a pro rata of $34,434.60;**

**4. Husband's income is still understated on amended B22 by $83/mo. See attached paystubs for Trustee's calculations;**

**5. Trustee disputes line 30 of B22- tax liability overstated by $650 per 2011 tax information. See attached;**

**6. Trustee calculates required pro rata based on corrected B22 to be $34,814;**

**7. Order on lien strip required- hearing set for 1/23/13 at 11:30 D4;**

**8. Debtors are current on plan payments, which mitigates the feasibility issues presented by Debtor's budget;**

**9. Pending objection by US Bank.**

DATE: December 3, 2012

/s/ Richard L. Stevenson
Attorney for David L. Skelton, Trustee

| File Number | Employee Name: ERIC WRAY | | | | Company Name and Address: NOAH HOMES, INC. 12526 CAMPO RD. SPRING VALLEY, CA 91978 (619)660-6200 |
|---|---|---|---|---|---|
| Company: NOAH | Division | Department | Clock Number | Social Security Number | |
| Period Start: MAY 14, 2012 | Period Ending: MAY 27, 2012 | Check Date: MAY 31, 2012 | FW = S 04  ST = S 04 | | |

### EARNINGS

| Description | Hours | Rate | Amount |
|---|---|---|---|
| SALARY | | | 1923.08 |

### TAXES

| Description | Amount |
|---|---|
| FICA | 79.78 |
| MEDFICA | 27.55 |
| FED WTH | 168.11 |
| CA | 64.05 |
| CA DIS. | 19.00 |

### DEDUCTIONS

| Description | Amount |
|---|---|
| DENTAL | 23.47 |
| PENS-EE | 96.15 |
| LIFEINS | 17.26 |

### YEAR TO DATE

| Description | Amount |
|---|---|
| GROSS | 21653.88 |
| FICA | 898.62 |
| MEDFICA | 310.24 |
| FED WTH | 1849.21 |
| STATE | 704.55 |
| DISAB | 213.96 |
| DENTAL | 258.17 |
| SICKBAL | 18.48 |
| VAC BAL | 36.96 |
| PENS-EE | 1057.65 |

*Handwritten annotations:*
$21,653.88
5769.14
27413.12/6
84,570.52

| Totals | 1923.08 | | 358.49 | 136.88 | Voucher Number | Net Pay ******1427.71 |

DO NOT ACCEPT THIS CHECK without confirming presence of Artificial Watermark on back

NOAH HOMES, INC.
12526 CAMPO RD.
SPRING VALLEY, CA 91978

**DIRECT DEPOSIT - NON NEGOTIABLE**

ERIC WRAY
8942 HUNTER PASS
ALPINE, CA 91901

DEPOSIT DATE: MAY 31, 2012    VOUCHER NO.

Bank T/R#    Account#

DEPOSIT AMOUNT
1427.71 NET PAY

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| | | | | |
|---|---|---|---|---|
| Employee Name: ERIC WRAY | | | | NOAH HOMES, INC.<br>12526 CAMPO RD.<br>SPRING VALLEY, CA 91978 |
| Company: NOAH | Division | Clock Number | Social Security Number | |
| Period Start: DEC 12, 2011 | Period Ending: DEC 25, 2011 | Check Date: DEC 29, 2011 | Fed S 01<br>St S 01 | (619)660-6200 |

### EARNINGS

| Description | Hours | Rate | Amount |
|---|---|---|---|
| SALARY | | | 1923.08 |
| **Total** | | $ | **1923.08** |

### TAXES

| Description | Amount |
|---|---|
| FICA | 79.78 |
| MEDFICA | 27.55 |
| FED WTH | 270.09 |
| CA | 79.38 |
| CA DIS. | 22.79 |
| **Total $** | **479.59** |

### DEDUCTIONS

| Description | Amount |
|---|---|
| DENTAL | 23.47 |
| PENS-EE | 96.15 |
| LIFEINS | 17.26 |
| **Total $** | **136.88** |

### YEAR TO DATE

| Description | Amount |
|---|---|
| GROSS | 22882.72 |
| FICA | 955.16 |
| MEDFICA | 329.76 |
| FED WTH | 642.98 |
| STATE | 106.82 |
| DISAB | 272.90 |
| DENTAL | 140.82 |
| PENS-EE | 1072.85 |

Voucher Number: 0002454
Net Pay Amount: ******1306.61

Handwritten notes:
① 22,882.72
② -17,113.48
③ 5,769.24

NOAH HOMES, INC.
12526 CAMPO RD.
SPRING VALLEY, CA 91978

Deposit Amount    Description
1306.61 NET PAY

ERIC WRAY
8942 HUNTER PASS
ALPINE, CA 91901

********** Non-Negotiable - This is Not a Check **********



**NOAH HOMES, INC.**
12526 CAMPO RD.
SPRING VALLEY, CA 91978

1607.31 NET PAY

ERIC WRAY
8942 HUNTER PASS
ALPINE, CA 91901

********** Non-Negotiable - This is Not a Check **********

Form 1040 (2011)    ERIC A & WENDY A WRAY    Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) | 38 | 97,540. |
| | 39a Check if: ☐ You were born before January 2, 1947, ☐ Blind. ☐ Spouse was born before January 2, 1947, ☐ Blind. Total boxes checked ▶ 39a | | |
| | b If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| **Standard Deduction for --** | 40 Itemized deductions (from Schedule A) or your standard deduction (see instructions) | 40 | 33,452. |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 41 Subtract line 40 from line 38 | 41 | 64,088. |
| | 42 Exemptions. Multiply $3,700 by the number on line 6d | 42 | 14,800. |
| | 43 Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 49,288. |
| | 44 Tax (see instrs). Check if any from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ 962 election | 44 | 6,541. |
| • All others: Single or Married filing separately, $5,800 Married filing jointly or Qualifying widow(er), $11,600 Head of household, $8,500 | 45 Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| | 46 Add lines 44 and 45 ▶ | 46 | 6,541. |
| | 47 Foreign tax credit. Attach Form 1116 if required ......... 47 | | |
| | 48 Credit for child and dependent care expenses. Attach Form 2441 ..... 48 | | |
| | 49 Education credits from Form 8863, line 23 ........... 49 | | |
| | 50 Retirement savings contributions credit. Attach Form 8880 .... 50 | | |
| | 51 Child tax credit (see instructions) .............. 51 | 2,000. | |
| | 52 Residential energy credits. Attach Form 5695 ......... 52 | | |
| | 53 Other crs from Form: a ☐ 3800 b ☐ 8801 c ☐ _____ 53 | | |
| | 54 Add lines 47 through 53. These are your total credits | 54 | 2,000. |
| | 55 Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 4,541. |
| **Other Taxes** | 56 Self-employment tax. Attach Schedule SE | 56 | 212. |
| | 57 Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 57 | |
| | 58 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59a Household employment taxes from Schedule H | 59a | |
| | b First-time homebuyer credit repayment. Attach Form 5405 if required | 59b | |
| | 60 Other taxes. Enter code(s) from instructions | 60 | |
| | 61 Add lines 55-60. This is your total tax ▶ | 61 | 4,753. |
| **Payments** | 62 Federal income tax withheld from Forms W-2 and 1099 ...... 62 | 9,343. | |
| If you have a qualifying child, attach Schedule EIC. | 63 2011 estimated tax payments and amount applied from 2010 return ..... 63 | | |
| | 64a Earned income credit (EIC) .................. 64a | | |
| | b Nontaxable combat pay election ...▶ 64b | | |
| | 65 Additional child tax credit. Attach Form 8812 .......... 65 | | |
| | 66 American opportunity credit from Form 8863, line 14 ....... 66 | | |
| | 67 First-time homebuyer credit from Form 5405, line 10 ....... 67 | | |
| | 68 Amount paid with request for extension to file ......... 68 | | |
| | 69 Excess social security and tier 1 RRTA tax withheld ....... 69 | | |
| | 70 Credit for federal tax on fuels. Attach Form 4136 ........ 70 | | |
| | 71 Credits from Form: a ☐ 2439 b ☐ 8839 c ☐ 8801 d ☐ 8885 71 | | |
| | 72 Add lns 62, 63, 64a, & 65-71. These are your total pmts ▶ | 72 | 9,343. |
| **Refund** | 73 If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you overpaid | 73 | 4,590. |
| | 74a Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ..▶ ☐ | 74a | 4,590. |
| Direct deposit? See instructions. | ▶ b Routing number ..... ▶ c Type: ☒ Checking ☐ Savings | | |
| | ▶ d Account number ..... | | |
| | 75 Amount of line 73 you want applied to your 2012 estimated tax ....▶ 75 | | |
| **Amount You Owe** | 76 Amount you owe. Subtract line 72 from line 61. For details on how to pay see instructions ▶ | 76 | |
| | 77 Estimated tax penalty (see instructions) ........... 77 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ...... ☒ Yes, Complete below.  ☐ No | | |
| | Designee's name ▶ KELLY J. KINCAID, EA    Phone no. ▶    Personal identification number (PIN) ▶ | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| | Your signature ▶    Date    Your occupation HUMAN RESOURCES    Daytime phone number | | |
| | Spouse's signature. If a joint return, both must sign. ▶    Date    Spouse's occupation Educator    If the IRS sent you an Identity Protection PIN, enter it here (see ins) | | |
| **Paid Preparer's Use Only** | Print/Type preparer's name KELLY J. KINCAID, EA    Preparer's signature    Date    Check ☐ if self-employed    PTIN | | |
| | Firm's name ▶ CALIFORNIA TAX ADVISORS    Firm's EIN ▶ | | |
| | Firm's address ▶ 506 22ND ST    SAN DIEGO    CA 92102-2907    Phone no. | | |

Handwritten notes in margin:
/12
$396. FIT
x .55
$131. - SIT
misc. $88 - W
$285 - H
$898

FDIA0112 11/07/11    Form 1040 (2011)

## W-2 Wage and Tax Statement — 2011

**Copy (top): filed with Employee's Federal Tax Return**

- Employer: ALPINE UNION SCHOOL DISTRICT, 1323 ADMINISTRATION WAY, ALPINE CA 91901-9401
- Employee: WENDY WRAY, 8942 HUNTER PASS, ALPINE CA 91901
- Box 1 Wages, tips, other compensation: 66877.58
- Box 2 Federal income tax withheld: 7905.02
- Box 5 Medicare wages and tips: 72731.67
- Box 6 Medicare tax withheld: 1054.61
- Box 13: Retirement plan X
- Box 16 State wages: 66877.58
- Box 17 State income tax: 2422.13
- Box 15 State: CA

---

**Copy C – For EMPLOYEE'S RECORDS**

- Employer: ALPINE UNION SCHOOL DISTRICT, 1323 ADMINISTRATION WAY, ALPINE CA 91901-9401
- Employee: WENDY WRAY, 8942 HUNTER PASS, ALPINE CA 91901
- Box 1: 66877.58
- Box 2: 7905.02
- Box 5: 72731.67
- Box 6: 1054.61
- Box 13: Retirement plan X
- Box 16: 66877.58
- Box 17: 2422.13
- Box 15 State: CA

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

**Copy 2 – To be filed with Employee's State, City, or Local Income tax Return**

- Employer: ALPINE UNION SCHOOL DISTRICT, 1323 ADMINISTRATION WAY, ALPINE CA 91901-9401
- Employee: WENDY WRAY, 8942 HUNTER PASS, ALPINE CA 91901
- Box 1: 66877.58
- Box 2: 7905.02
- Box 5: 72731.67
- Box 6: 1054.61
- Box 13: Retirement plan X
- Box 16: 66877.58
- Box 17: 2422.13
- Box 15 State: CA

---

**Copy 2 – To be filed with Employee's State, City, or Local Income tax Return**

- Employer: ALPINE UNION SCHOOL DISTRICT, 1323 ADMINISTRATION WAY, ALPINE CA 91901-9401
- Employee: WENDY WRAY, 8942 HUNTER PASS, ALPINE CA 91901
- Box 1: 66877.58
- Box 2: 7905
- Box 5: 72731.67
- Box 6: 1054
- Box 13: Retirement plan X
- Box 16: 66877.58
- Box 17: 2422.13
- Box 15 State: CA

Employee Check                                                                 Page 1 of 1

| Employee File # | Period Start 10/15/2012 | Period Ending 10/28/2012 | Check Date 11/01/2012 | Employee Name and Address |
|---|---|---|---|---|
| Company Code NOAH | Company Name and Address NOAH HOMES, INC. 12526 CAMPO RD. SPRING VALLEY, CA, 91978-0000 | | | WRAY, ERIC 8942 HUNTER PASS ALPINE, CA 91901-0000 |
| Soc Sec # | Div/Dept | Clock # 0 | FW S 04 SW S 04 | Net Pay: $ 1431.85 |
| Base Rate: 1980.77 | | | | |

| Earnings | | | | Taxes | | Deductions | | Year to Date | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Amount | Rate | Amount | Description | Amount | Description | Amount | Description | Amount |
| SALARY | 0.00 | .00 | 1980.77 | DISAB | 19.52 | LIFEINS | 8.64 | 403B $ | $0.00 |
| | | | | FICA | 81.99 | PENS-EE | 99.04 | DENTAL | 557.94 |
| | | | | FED WTH | 168.49 | DENTAL | 28.67 | DISAB | 425.96 |
| | | | | MEDFICA | 28.30 | 403B $ | 50.00 | FED WTH | 3736.64 |
| | | | | STATE | 64.27 | | | FICA | 1789.03 |
| | | | | | | | | GROSS | 43153.90 |
| | | | | | | | | MEDFICA | 617.64 |
| | | | | | | | | PENS-EE | 2132.64 |
| | | | | | | | | SICKBAL | 35.42 |
| | | | | | | | | STATE | 1431.50 |
| | | | | | | | | VAC BAL | 21.60 |
| TOTAL | 0.00 | | $1980.77 | TOTAL | $362.57 | TOTAL | $186.35 | Check No 3727 | Net Check $1431.85 |

[Print Check Stub]

$425.96
+ 1789.03
+ 617.64
-----------
2832.63 / 10 =
$285.26

Plan Analysis For:   Case Number:

| | | |
|---|---|---|
| Start Date: 06/2012 | | Net Funds Paid In To Date: 11,850.00 |
| Base Amount: | 0.00 | Disbursed To Creditors To Date: 00.00 |
| Unsecured Base Amt: | 0.00 | Fees Paid To Date: 00.00 |
| Unsecured Pay Percent: | 0.0000 % | Beginning Funds on Hand: 11,850.00 |

WRAY, ERIC A.
8942 HUNTER PASS
ALPINE, CA 91901-

WRAY, WENDY A
8942 HUNTER PASS
ALPINE, CA 91901-

| Claim | Creditor Name | Month | Percentage Due/Pd | Allowed | Principal Pd | Interest Pd | Balance + Int Due |
|---|---|---|---|---|---|---|---|
| Pay Seq 17 Class 9 | | Month | | Pay Method: Pro Rata | | | |
| 799 | MARK L MILLER #171394 | 6 | 100% | 2,450.00 | 2,450.00 | 0.00 | 0.00 |
| | Group Totals... | | | 2,450.00 | 2,450.00 | 0.00 | 0.00 |
| Pay Seq 26 Class 1 | | Month | | Pay Method: Pro Rata | | | |
| | COUNTY TAX COLLECTOR ^ | 33 | 100% | 5,624.66 | 5,624.66 | 563.39 | 0.00 |
| | SPECIALIZED LOAN SERVICING | 33 | 100% | 58,386.23 | 58,386.23 | 4,018.43 | 0.00 |
| | Group Totals... | | | 64,010.89 | 64,010.89 | 4,581.82 | 0.00 |
| Pay Seq 30 Class 2 | | Month | | Pay Method: Pro Rata | | | |
| | FRANCHISE TAX BOARD | 45 | 100% | 7,389.23 | 7,389.23 | 0.00 | 0.00 |
| | INTERNAL REVENUE SERVICE^ | 45 | 100% | 17,395.35 | 17,395.35 | 0.00 | 0.00 |
| | Group Totals... | | | 24,784.58 | 24,784.58 | 0.00 | 0.00 |
| Pay Seq 35 Class 3 | | Month | | Pay Method: Pro Rata | | | |
| | AMEX | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | CACSI | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | CITI | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | CITI | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | CITY OF SAN DIEGO | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | CITY OF SAN DIEGO | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | CLIENT SERVICES INC | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | CMRE FINANCIAL SVCS IN | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | DISCOVER FINANCIAL SVCS LLC | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | KS PAINTING | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | REASONABLE DRAIN & PLUMGIN | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | UNVL/CITI | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | USAA FSB | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | Group Totals... | | | 0.00 | 0.00 | 0.00 | 0.00 |
| Pay Seq 45 Class 1 | | Month | | Pay Method: Pro Rata | | | |
| | AMERICAN HOME MTG SERV | 0 | 0% | 0.00 | 0.00 | 0.00 | CLOSED |
| | BANK OF AMERICA NA | 0 | 0% | 0.00 | 0.00 | 0.00 | CLOSED |
| | CASA DE ALVARADO HOA | 0 | 0% | 0.00 | 0.00 | 0.00 | CLOSED |
| | COLLWOOD MEADOW HOA | 0 | 0% | 0.00 | 0.00 | 0.00 | CLOSED |
| | Group Totals... | | | 0.00 | 0.00 | 0.00 | 0.00 |
| Pay Seq 50 Class 3 | | Month | | Pay Method: Pro Rata | | | |
| | UNITED GUARANTY RES INS CO | 0 | 0% | 0.00 | 0.00 | 0.00 | 0.00 |
| | Group Totals... | | | 0.00 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Start Date: 06/2012 | | Net Funds Paid In To Date: 11,850.00 |
| Base Amount: | 0.00 | Disbursed To Creditors To Date: 00.00 |
| Unsecured Base Amt: | 0.00 | Fees Paid To Date: 00.00 |
| Unsecured Pay Percent: | 0.0000 % | **Beginning Funds on Hand:** **11,850.00** |

WRAY, ERIC A.
8942 HUNTER PASS
ALPINE, CA 91901-

WRAY, WENDY A.
8942 HUNTER PASS
ALPINE, CA 91901-

| Claim | Creditor Name | | Percentage Due/Pd | Allowed | Principal Pd | Interest Pd | Balance + Int Due |
|---|---|---|---|---|---|---|---|
| | Pay Seq 99 | Class 8 | Month | Pay Method: Pro Rata | | | |
| 777 | DEBTOR | | 0   0% | 0.00 | 0.00 | 0.00 | CLOSED |
| | Group Totals... | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | Remaining Claim Balances | | | 91,245.47 | 91,245.47 | 4,581.82 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Net Total Paid In | 106,650.00 | | Total Due All Claims + Fees | -1,345.25 |
| Paid In and Refunded to Debtor | 0.00 | | | |
| Total Creditor Principal and Interest | 95,827.29 | | Total Due Must Pay Claims | 0.00 |
| Total Fees | 9,477.46 | | Underfunded Amount | -1,345.25 |
| Ending Funds on Hand | 1,345.25 | | | |
| | | | Paid UNS (3,5) | Claimed UNS (3,5) |
| Projected Percentage Paid to Unsecured | 100% | | 0.00 | 0.00 |

This Case paid out in month 45 of the plan.

Current Payments and Abatements

Payment   Starting on 07/2012   Ending on --/----   Frequency of Monthly   For 2,370.00