**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Eric A. Wray | Social Security number or ITIN   xxx–xx–9687 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Wendy A. Wray | Social Security number or ITIN   xxx–xx–4065 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Southern District of California

Case number:   12–09216–LA13

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Eric A. Wray
aka Eric Alan Wray, fdba Alpine Scenic Properties, Inc.

Wendy A. Wray
aka Wendy Anne Wray

2/16/18

**By order of the court:**

Barry K. Lander
Clerk of the Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                              **Chapter 13 Discharge**                              page 1

Case 12-09216-LA13    Filed 02/19/18    Entered 02/22/18 21:24:11    Doc 132    Pg. 2 of 5

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                            Southern District of California
In re:                                                      Case No. 12-09216-LA
Eric A. Wray                                                Chapter 13
Wendy A. Wray
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0974-3         User: admin              Page 1 of 2           Date Rcvd: Feb 19, 2018
                             Form ID: 3180W           Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2018.
db/jdb         +Eric A. Wray,    Wendy A. Wray,    8942 Hunter Pass,    Alpine, CA 91901-2618
13253622        Bank of America,    Post Office Box 660933,    Dallas, Texas 75266-0933
13307349        Bank of America, N.A.,     c/o Bank of America,    P.O. Box 660933,    Dallas, TX 75266-0933
13253421       +Bank of America, N.A.,    McCarthy & Holthus, LLP,    1770 Fourth Avenue,
                 San Diego, CA 92101-2607
13245500       +CACSI,   16011 College Blvd,    Suite 101,    Lenexa, KS 66219-1442
13350134       +Casa De Alverado Owners Association,    c/o Green Bryant & French,
                 1230 Columbia Street, Suite 1120,    San Diego CA 92101-8536
13245503       +City Of San Diego,    1010 2nd Ave Ste 666,    San Diego, CA 92101-4920
13266217        City of San Diego,    Office of the City Treasurer,    Post Office Box 129039,
                 San Diego, CA 92112-9039
13245504       +Client Services, Inc.,    3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-9816
13245505       +Cmre Financial Svcs In,    3075 E Imperial Hwy Ste,    Brea, CA 92821-6753
13317331       +Dan McAllister,    Treasurer Tax Collector,    1600 Pacific Highway, Room #162,
                 San Diego, CA 92101-2477
13317637       +Homeward Residential Inc.,    Bankruptcy Department,    1525 S Beltline Rd, Suite 100-N,
                 Coppell, TX 75019-4913
13245510       +KS Painting,   6880 Hyde Park Dr,    Unit B,    San Diego, CA 92119-2236
13245511       +Reasonable Drain & Plumbing,    c/o Burnstein & Burnstein,    14100 Walsingham Rd,
                 Largo, FL 33774-3248
13245512       +San Diego County Treasurer,    Tax Collection Department,    PO Box 129009,
                 San Diego, CA 92112-9009
13245513       +Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
14206966       +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing, LLC,
                 PO Box 636007,    Littleton, Colorado 80163-6007
13245514        United Guaranty Res. Ins. Co,    PO Box 60957,    Charlotte, NC 28260-0957
13505400        Wells Fargo Bank National Assoc,    c/o Ocwen Loan Servicing,    PO Box 24781,
                 West Palm Beach, FL  33416-4781

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: robertsl2@dnb.com Feb 19 2018 22:13:59     Dun & Bradstreet,
                 Attn: Lynne Roberts, 2nd Floor,    3501 Corporate Parkway,    PO Box 520,
                 Center Valley, PA  18034-0520
smg             EDI: CALTAX.COM Feb 19 2018 22:18:00      Franchise Tax Board,   Attn: Bankruptcy,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
13288590        EDI: BECKLEE.COM Feb 19 2018 22:18:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
13245498       +EDI: AMEREXPR.COM Feb 19 2018 22:18:00      Amex,   P.O. Box 981537,   El Paso, TX 79998-1537
13269036       +EDI: OPHSUBSID.COM Feb 19 2018 22:18:00      BACK BOWL I LLC, SERIES C,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13245499       +EDI: BANKAMER.COM Feb 19 2018 22:18:00      Bank of America, N.A.,    450 American St,
                 Simi Valley, CA 93065-6285
13245502       +EDI: CITICORP.COM Feb 19 2018 22:18:00      Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
13251254        EDI: DISCOVER.COM Feb 19 2018 22:18:00      Discover Bank,   DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
13245507       +EDI: DISCOVER.COM Feb 19 2018 22:18:00      Discover Financial Svcs LLC,    Po Box 15316,
                 Wilmington, DE 19850-5316
13295064        EDI: CALTAX.COM Feb 19 2018 22:18:00      FRANCHISE TAX BOARD,    BANKRUPTCY SECTION MS A340,
                 PO BOX 2952,    SACRAMENTO CA 95812-2952
13245508       +EDI: CALTAX.COM Feb 19 2018 22:18:00      Franchise Tax Board,    PO Box 942867,
                 Sacramento, CA 94267-0001
13245509        EDI: IRS.COM Feb 19 2018 22:18:00      Internal Revenue Service,    PO Box 7317,
                 Philadelphia, PA 19101-7317
13314415       +EDI: OPHSUBSID.COM Feb 19 2018 22:18:00      KEYSTONE RECOVERY PARTNERS LLC, SERIES A,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13344464        EDI: PRA.COM Feb 19 2018 22:18:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13254894       +E-mail/Text: bncmail@w-legal.com Feb 19 2018 22:13:57     USAA FEDERAL SAVINGS BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13245515       +EDI: CITICORP.COM Feb 19 2018 22:18:00      Unvl/Citi,   Po Box 6241,
                 Sioux Falls, SD 57117-6241
13245516       +EDI: USAA.COM Feb 19 2018 22:18:00      Usaa Fsb,   10750 Mc Dermott Fwy,
                 San Antonio, TX 78288-1600
13503369       +Fax: 407-737-5634 Feb 19 2018 22:15:27     Wells Fargo Bank, National Association,
                 c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    1661 Worthington Rd, Ste. 100,
                 West Palm Beach, FL 33409-6493
                                                                                              TOTAL: 18
```

```
District/off: 0974-3                  User: admin                    Page 2 of 2                  Date Rcvd: Feb 19, 2018
                                      Form ID: 3180W                 Total Noticed: 37

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13269037*        +BACK BOWL I LLC, SERIES C,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                   SEATTLE, WA 98121-3132
13994204*         Internal Revenue Service,    PO Box 7346,    Philadelphia, PA    19101-7346
13245497        ##+American Home Mtg Serv,    1525 S Belt Line Rd,    Coppell, TX 75019-4913
13245501        ##+Casa de Alvarado HOA,    c/o Green Bryant & French,    1230 Columbia St, Ste 1120,
                   San Diego, CA 92101-8536
13245506        ##+Collwood Meadow HOA,    1331 Morena Blvd,    Suite 200,    San Diego, CA 92110-1596
                                                                                               TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2018 at the address(es) listed below:
              Brielyn  Atwater     on behalf of Creditor    Bank of America, N.A. bknotice@mccarthyholthus.com
              Chad L. Butler     on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Option One
               Mortgage Loan Trust 2003-4, Asset-Backed Certificates, Series 2003-4 ecfcasb@piteduncan.com
              David L. Skelton     on behalf of Trustee David L. Skelton
               admin@ch13.sdcoxmail.com;dskelton13@ecf.epiqsystems.com
              David L. Skelton     admin@ch13.sdcoxmail.com;dskelton13@ecf.epiqsystems.com
              Erin  McCartney     on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee for
               Option One Mortgage Loan Trust 2003-4, Asset-Backed Certificates, Series 2003-4, by Ocwen Loan
               Servicing, LLC, as servicer bankruptcy@zbslaw.com,     emccartney@ecf.courtdrive.com
              Jeffrey A. French     on behalf of Creditor    Casa De Alvarado Owners Association
               jfrench@gbflawyers.com
              Larissa L. Lazarus     on behalf of Joint Debtor Wendy A. Wray Larissa@millerlegalcenter.com,
               mark@millerlegalcenter.com;larissa@millerlegalcenter.com;r52389@notify.bestcase.com;mlmcourtemail
               s@gmail.com;mlmmyecf@gmail.com
              Larissa L. Lazarus     on behalf of Debtor Eric A. Wray Larissa@millerlegalcenter.com,
               mark@millerlegalcenter.com;larissa@millerlegalcenter.com;r52389@notify.bestcase.com;mlmcourtemail
               s@gmail.com;mlmmyecf@gmail.com
              Michael  Gonzales     on behalf of Creditor    U.S. Bank National Association lbcecf@bvwlaw.com
              United States Trustee     ustp.region15@usdoj.gov
                                                                                               TOTAL: 10
```